Respondent, v. MAX GREENWALD, Appellant.— Order granting motion for preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

PETER BLEIMEYER, as Administrator, etc., of THERESA BLEIMEYER, Deceased, Appellant, Respondent, v. PUBLIC SERVICE MUTUAL CASUALTY INSURANCE CORPORATION, Respondent, Appellant.— Order granting plaintiff's motion for judgment on the pleadings in part, and dismissing complaint as to remainder of plaintiff's claim, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

GUY BOLTON, Respondent, v. F. RAY COMSTOCK, Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ANTHONY CARLINO, an Infant, by PASQUALE CARLINO, His Guardian ad Litem, Appellant, v. JESSE T. DAVIS, Respondent.— Order dismissing complaint, and judgment entered thereon, reversed upon the law, and new trial granted, with costs to appellant to abide the event, for the reason that at the close of plaintiff's case in chief the evidence presented a question of fact as to negligence and contributory negligence which required submission to the jury. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

PASQUALE CARLINO, Appellant, v. JESSE T. DAVIS, Respondent.— Order dismissing complaint, and judgment entered thereon, reversed upon the law, and new trial granted, with costs to appellant to abide the event, upon authority of Carlino v. Davis [ante, p. 741], decided herewith. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

FRANK CHILLINO, Appellant, v. HARRY A. MEYER, Respondent.— Order striking case from Special Term calendar affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

SAMUEL DeREFLER, on His Own Behalf and on Behalf of All Similarly Situated Stockholders of the VICTORY CLEANERS & DYERS, INC., Respondent, v. SAMUEL KASHNER and Others, Appellants, and Others, Defendants. (Appeal No. 1.) — Order denying motion to strike out certain matter from complaint, and order granting motion to resettle such order so as to provide for ten dollars costs, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

SAMUEL DeREFLER, on His Own Behalf and on Behalf of All Similarly Situated Stockholders of the VICTORY CLEANERS & DYERS, INC., Respondent, v. SAMUEL KASHNER, Appellant, and Others, Defendants. (Appeal No. 2.) — Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

BERTHA DIAMOND, Appellant, v. LOUIS DIAMOND, Respondent.— Order, as resettled, denying plaintiff's motion for summary judgment under rules 113 and 114 of the Rules of Civil Practice, and for judgment on the pleadings under rule 112 thereof, affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

ELLA F. DURGIN, on Behalf of Herself and All Other Stockholders of WICKWIRE SPENCER STEEL CORPORATION, Respondents, v. WICKWIRE SPENCER STEEL CORPORATION and Others, Defendants. G. F. NAPHEN, Appellant.— Appeal from